IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVAUN GREEN, SR.,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 24-5075 |
| **SCHOOL DISTRICT OF PHILADELPHIA,** | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this 13th day of January, 2026, upon consideration of Plaintiff's Motions for Leave to File an Amended Complaint (ECF Nos. 13 and 16), the responses thereto, and Plaintiff's Motions to Strike Defendant's Affirmative Defenses (ECF Nos. 17 and 18), and the responses thereto, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Leave to File an Amended Complaint (ECF No. 13) is **GRANTED IN PART and DENIED IN PART**.

    a. Plaintiff's Motion is **DENIED** as to Counts I, IV through IX, and XI.

    b. Plaintiff's Motion is **GRANTED** as to Counts II, III, and X.

2. Plaintiff's Motion for Leave to File an Amended Complaint (ECF No. 16) is **DENIED** as duplicative of ECF No. 13.

3. Counts II, III, and X of the Amended Complaint (ECF No. 14) are the operative claims for purposes of this litigation.

4. Plaintiff's Motions to Strike (ECF Nos. 17 and 18) are **DENIED AS MOOT.**

5. Defendant shall file its Answer to Counts II, III, and X of the Amended Complaint within 14 days of the date of this Order.

BY THE COURT:

_____
Hon. Mia R. Perez